IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JONATHAN CHEEK, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED, | § § § § | |
| PLAINTIFF, | § § | CAUSE NO. A-05-CA-970-LY |
| V. | § § | |
| MOTIVE, INC., SCOTT L. HARMON, AND PAUL M. BAKER, ET AL., | § § § | |
| DEFENDANTS. | § | |

**ORDER**

Before the Court are the Motions for Admission *Pro Hac Vice* of Rodney G. Strickland, Jr. and Keith E. Eggleton filed January 19, 2006 (Doc. ##22, 23). On January 9, 2006, this Court filed Orders granting Mr. Strickland and Mr. Eggleton's motions for *pro hac vice* admission in Cause No. A-05-CA-923-LY. On January 18, 2006, this Court signed a Joint Stipulation and Order (Doc. #21) consolidating the above-styled and numbered cause into Cause No. A-05-CA-923-LY, *In Re Motive, Inc. Securities Litigation*. Having granted *pro hac vice* admission to Mr. Strickland and Mr. Eggleton in the consolidated cause, the Court finds that the motions now before the Court are moot.

**IT IS THEREFORE ORDERED** that the Motions for Admission *Pro Hac Vice* of Rodney G. Strickland, Jr. and Keith E. Eggleton filed January 19, 2006 (Doc. ##22, 23) are **DISMISSED AS MOOT**.

SIGNED this 15th day of May, 2006.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE